**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRIAN FELDMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SCYNEXIS, INC, DAVID ANGULO, and IVOR MACLEOD, <br><br> Defendants. | Case No. 2:23-CV-22082-BRM-CLW |

**DECLARATION OF BRETT DE JARNETTE IN SUPPORT OF DEFENDANTS' NOTICE OF ISSUES THE COURT SHOULD CONSIDER REGARDING MR. FELDMAN'S MOTION TO BE APPOINTED LEAD PLAINTIFF**

I, BRETT DE JARNETTE, declare as follows:

I am an attorney licensed to practice law in California, a partner at the law firm of Cooley LLP, and counsel for Defendants Scynexis, Inc., David Angulo, and Ivor Macleod. I submit this declaration in support of Defendants' Notice of Issues the Court Should Consider Regarding Mr. Feldman's Motion to be Appointed Lead Plaintiff. I have personal knowledge of the facts contained herein and if called as a witness could and would testify competently thereto.

1. On January 17, 2024, I spoke with Mr. Feldman's counsel and raised concerns that, based on Exhibit B to his motion to be appointed lead plaintiff, Mr.

1

Feldman appears to have profited from selling Scynexis shares, as opposed to suffering any loss. I directed counsel to three sales Mr. Feldman made on April 10, May 17, and May 24, 2023, respectively. Based on the certification Mr. Feldman attached to his complaint, he appears to have received $14,590 in proceeds from those sales. I expressed concerns to Mr. Feldman's counsel that the proceeds from these sales were selectively excluded from Mr. Feldman's calculation of an alleged $856.03 loss. Specifically, I noted that when those proceeds are accounted for, Mr. Feldman appears to have substantially profited from trading in Scynexis stock, as opposed to losing money.

2.     I also noted to Mr. Feldman's counsel that the purchase prices of these three sales were not included in Mr. Feldman's moving papers. I invited counsel to provide information that may show Mr. Feldman did not profit from these sales, such as the purchase price. I told Mr. Feldman's counsel that if the purchase price was higher than the sale price, Defendants would consider dropping the matter. Counsel said they would get back to Defendants.

3.     That same day, I spoke to Mr. Feldman's counsel again, who informed me that Mr. Feldman was not going provide any additional information about his three sales.

/s/ Brett De Jarnette
Brett De Jarnette

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed with the Clerk of the Court for the United States District Court, District of New Jersey, via the CM/ECF system, and will be served electronically on registered participants.

Dated: January 22, 2024                 **COOLEY LLP**
By: */s/ Caroline Pignatelli*
Caroline Pignatelli
(N.J. Attorney No. 026292007)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6679
Email: cpignatelli@cooley.com

*Counsel for Defendants Scynexis, Inc.,
David Angulo, and Ivor Macleod*

3