**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRIAN FELDMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCYNEXIS, INC, DAVID ANGULO, AND IVOR MACLEOD,<br><br>Defendants. | Case No. 2:23-cv-22082-BRM-CLW<br><br>**ORDER** |

Having considered the Motion of Brian Feldman for Appointment as Lead Plaintiff and Approval of Counsel ("Motion"), and good cause appearing, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Brian Feldman as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class, and Carella, Byrne, Cecchi, Brody & Agnello, P.C. as Liaison Counsel for the class.

SO-ORDERED:

July 15, 2024

*s/ Cathy L. Waldor*
Cathy L. Waldor, U.S.M.J.