Caroline Pignatelli
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6679
Email: cpignatelli@cooley.com

Shannon M. Eagan (*Pro Hac Vice*)
Brett De Jarnette (*Pro Hac Vice*)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 849-7400
Email: seagan@cooley.com
Email: bdejarnette@cooley.com

*Attorneys for Defendants Scynexis, Inc., David Angulo, And Ivor Macleod*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRIAN FELDMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCYNEXIS, INC, DAVID ANGULO, and IVOR MACLEOD,<br><br>Defendants. | Case No. 2:23-CV-22082-BRM-CLW<br><br>CLASS ACTION<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**<br><br>Date: May 19, 2025<br>Judge: Hon. Brian R. Martinotti<br>Ctrm: PO 01 |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 19, 2025, or on such date and at a time designated by the Court, Defendants Scynexis, Inc., David Angulo, and Ivor Macleod ("Defendants"), by and through undersigned counsel, will and hereby do move this Court before the Honorable Brian R. Martinotti, at the United States Courthouse for the District of New Jersey, located at Martin Luther King Building, 50 Walnut Street, Newark, New Jersey 07102, for an order dismissing with prejudice Plaintiffs' Amended Class Action Complaint and each claim asserted therein pursuant to Rules 8, 9, and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u, et seq. ("PSLRA").

This motion is based on this Notice of Motion and Motion, Defendants' Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint, the Declaration of Caroline Pignatelli in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint and accompanying exhibits, all filed concurrently herewith, and all records and papers on file in this action, any oral argument, and any other evidence that the Court may consider in hearing this motion.

Dated: December 20, 2024        **COOLEY LLP**

By: */s/ Caroline Pignatelli*
    Caroline Pignatelli
    (N.J. Attorney No. 026292007)
    55 Hudson Yards
    New York, NY 10001-2157
    Telephone: (212) 479-6679
    Email: cpignatelli@cooley.com

    Shannon M. Eagan (*Pro Hac Vice*)
    Brett De Jarnette (*Pro Hac Vice*)
    3175 Hanover Street
    Palo Alto, CA 94304-1130
    Telephone: (650) 849-7400
    Email: seagan@cooley.com
    Email: bdejarnette@cooley.com

    *Counsel for Defendants Scynexis, Inc,*
    *David Angulo, And Ivor Macleod*

**CERTIFICATE OF SERVICE**

      I, Caroline Pignatelli, hereby certify that on December 20, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court for the United States District Court, District of New Jersey, using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

                                                     */s/ Caroline Pignatelli*
                                                     Caroline Pignatelli