# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN FELDMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCYNEXIS, INC, DAVID ANGULO, and IVOR MACLEOD,<br><br>Defendants. | Case No. 2:23-cv-22082-BRM-CLW |

## JOINT STIPULATION AND ORDER REGARDING DISMISSAL

Lead Plaintiff Bruce Feldman ("Plaintiff") and defendants Scynexis, Inc, David Angulo, and Ivor Macleod (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on July 30, 2025, the Court granted Defendants' motion to dismiss the operative complaint in this action without prejudice and allowed Plaintiff to have thirty days to file a second amended complaint (ECF No. 35);

WHEREAS, while the deadline to file Plaintiff's second amended complaint is August 29, 2025, Plaintiff has decided not to amend the complaint and does not intend to appeal the Court's Order;

WHEREAS, the Parties have agreed that each party shall bear its own costs and attorneys' fees and that no party asserts that any of the Parties or their respective counsel have at any time failed to comply with Rule 11 of the Federal Rules of Civil Procedure; and

WHEREAS, the Parties have not exchanged monetary consideration or agreed to any terms other than those set forth in this document.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned counsel for the respective Parties, subject to approval of the Court, that:

1. Due to the fact that Plaintiff is not amending the complaint further, the above-captioned action is dismissed with prejudice as to Plaintiff and without prejudice as to unnamed class members; and

2. The parties shall each bear their own costs and attorneys' fees.

DATED: August 28, 2025

|  |  |
|---|---|
| By: Brett De Jarnette | **CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**<br><br>By: Donald Ecklund<br>Donald A. Ecklund<br>Kevin G. Cooper<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Telephone: (973) 994-1700<br>Email: decklund@carellabyrne.com<br>Email: kcooper@carellabyrne.com |

**COOLEY LLP**
Shannon M. Eagan
Brett De Jarnette
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 849-7400
Email: seagan@cooley.com
Email: bdejarnette@cooley.com

*Counsel for Defendants Scynexis, Inc, David Angulo, And Ivor Macleod*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Attorneys for Plaintiff Brian Feldman*

**IT IS SO ORDERED.**

Dated:  Aug. 29, 2025

                                      *Brian R. Martinotti*
                                 HON. BRIAN R. MARTINOTTI
                                 UNITED STATES DISTRICT JUDGE